# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JACOB FAY LUKE, SR.

NO. 2022 KW 0524

**AUGUST 2, 2022**

---

In Re:    Jacob Fay Luke, Sr, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 794927/928/929/930, 795699, 805338 & 814515.

---

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**  This court is a court of review.  Relator has not pointed to any specific ruling of the district court for consideration nor does he indicate the district court has failed to act on any pending motion.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT